**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| **MOBILE DATA TECHNOLOGIES LLC,** | § | |
| *Plaintiff,* | § | **7:22-CV-00244-ADA-DTG** |
| | § | |
| *v.* | § | |
| | § | |
| **META PLATFORMS, INC.,** | § | |
| *Defendant.* | § | |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS

United States Magistrate Judge Dereck T. Gilliland previously entered his Order on Transfer which GRANTED Defendant Meta Platforms, Inc.'s request to transfer this case to the Northern District of California ECF No. 80. Plaintiff Mobile Data Technologies LLC has now filed Objections and a Request for Reconsideration to that Order. ECF No. 84. Meta filed opposition to those objections. ECF No. 87. Plaintiff replied to that opposition. ECF No. 88.

After consideration of the briefing on Plaintiff's Motions, the hearing on the Motions, the Orders, and Plaintiff's Objections to the Order, Defendant's Opposition to Plaintiff's Objections, and Plaintiff's replies, the Court concludes that the Objections are without sufficient merit. For that reason and other reasons stated with the Order, the Court agrees with the conclusion reached within the Order. The Court therefore **OVERRULES** Plaintiff's Objections, ECF No. 84, **ADOPTS** the Magistrate Judge's Order, ECF No. 80, and **DENIES** Plaintiff's Motion for reconsideration ECF No. 84.

**SIGNED** this 13th day of February, 2024.

**ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE**